PER CURIAM.
Affirmed. The court correctly granted defendant’s motion for directed verdict. See Oliva v. Baum, Fla.App.1967, 194 So.2d 319; North American Co. v. Landahl, Fla. App.1959, 113 So.2d 588; Nielsen v. City of Sarasota, Fla.App.1959, 110 So.2d 417, cert. den. Fla.1960, 117 So.2d 731. The order taxing costs is not shown to be erroneous. See Cohn v. Florida National Bank at Orlando, Fla.App. 1969, 223 So.2d 767; Goldstein v. Great Atlantic & Pacific Tea Co., Fla.App.1962, 142 So.2d 115; 20 C.J.S. Costs § 227.
CROSS, C. J., and REED and OWEN, JJ., concur.